M. P. No. 506. ATTILIO L. GIZZARELLI *v.* AUGUST P. LA FRANCE, *Secretary of State,* GAETANO LANZI, JOHN FERREIRA, FRANCIS DEAN, *Members of Board of Canvassers,* Providence. Motion to dismiss petition for certiorari granted. *Anthony J. Bucci,* for plaintiff-appellee. *Herbert F. DeSimone,* Attorney

General, *Robert J. McOsker,* City Solicitor, *Vincent J. Piccirilli,* Asst. City Solicitor, for defendants-appellants.